E-FILED
Thursday, 14 August, 2008  02:18:50 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| LESTER B. MASON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALVIDOR GODINEZ, )<br>)<br>Defendant. ) | No. 92-1124 |

### OPINION AND ORDER

Before the Court is Plaintiff's Motion for an enlargement of time. (Doc. 39.) This Court has already denied Plaintiff's request for habeas relief and subsequent requests for reconsideration and request for a certificate of appealability. Plaintiff has now appealed and asks this Court for additional time to file the necessary documents on appeal. This Court no longer has jurisdiction over this case and Plaintiff must take this request to the appellate court.

IT IS THEREFORE ORDERED that the Motion for an Extension of Time is MOOT. The Clerk is directed to forward Plaintiff's motion to the Court of Appeals.

ENTERED this  14th  day of August, 2008.

s/Joe Billy McDade
Joe Billy McDade
United States District Judge